UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN GOWER,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 14-cv-00743-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 21, 2016 |

    This action was filed on February 19, 2014. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (2014), Plaintiff had 120 days to complete service of the complaint and summons on Defendants, such that June 19, 2014 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

    The summons, however, was never issued due to Plaintiff's filing error involving the proposed summons, and Plaintiff never resubmitted the proposed summons as required by the Clerk's Office. (Dkt. No. 4.) As a result of this deficiency, an initial case management scheduling order was never issued and the case management conference was not automatically scheduled. Upon discovery of the oversight, the initial case management conference was scheduled for January 12, 2016. (Dkt. No. 5.) Additionally, a Clerk's Notice to consent or decline to the undersigned was issued. (Dkt. No. 6.) To date, Plaintiff has not filed any documents with the court. The case management conference was ultimately continued to March 22, 2016 because Plaintiff had not resubmitted the proposed summons nor served the defendants 7 days prior to the case management conference date. (Dkt. No. 8.)

    IT IS HEREBY ORDERED that by no later than **April 1, 2016**, Plaintiff shall show cause, in writing, why this matter should not be dismissed for failure to comply with the deadline to

1  complete service on Defendants or to file a Motion for Administrative Relief.

2       IT IS FURTHER ORDERED that the case management conference scheduled for March 22, 2016 is continued to **June 21, 2016**.

4  Dated: March 18, 2016

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge