1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    GLENN GOWER,                              Case No.  14-cv-00743-KAW

            Plaintiff,
8                                              REPORT AND RECOMMENDATION
                                               TO DISMISS CASE FOR FAILURE TO
9       v.                                     PROSECUTE; ORDER REASSIGNING
                                               CASE TO A DISTRICT JUDGE
10   ALAMEDA COUNTY SHERIFF'S
     OFFICE, et al.,
11
            Defendants.

12

13          This action was filed on February 19, 2014. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the

14   Federal Rules of Civil Procedure (2014), Plaintiff had 120 days to complete service of the

15   complaint and summons on Defendants, such that June 19, 2014 was the last day to complete

16   service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

17          The summons, however, was never issued due to Plaintiff's filing error involving the

18   proposed summons, and Plaintiff never resubmitted the proposed summons as required by the

19   Clerk's Office. (Dkt. No. 4.)  As a result of this deficiency, an initial case management scheduling

20   order was never issued and the case management conference was not automatically scheduled.

21   Upon discovery of this oversight, the initial case management conference was scheduled for

22   January 12, 2016, but was ultimately continued to March 22, 2016 because Plaintiff had not

23   resubmitted the proposed summons nor served the defendants 7 days prior to the case management

24   conference date. (Dkt. Nos. 5 &8.)

25          On March 18, 2016, the undersigned issued an order to show cause why this case should

26   not be dismissed for failure to comply with the deadline to complete service on Defendant or to

27   file a Motion for Administrative Relief. (Dkt. No. 10.)  Plaintiff was ordered to file a written

28   response to this order by April 1, 2016. *Id.*  To date, Plaintiff has not filed a response to the order

to show cause, and has not filed any other documents with the court, nor is there any indication that he has served the defendants.

Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim for a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power'").  Unless otherwise stated, a dismissal under Rule 41(b) "operates as an adjudication on the merits." Fed. R. Civ. P. 41(b).

Accordingly, as Plaintiff has not consented to the undersigned, the Court reassigns this case to a district judge and recommends that the case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Any party may file objections to this report and recommendation with the district judge within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the district court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

IT IS SO RECOMMENDED.

Dated: May 2, 2016

KANDIS A. WESTMORE
United States Magistrate Judge