UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN GOWER,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No. 14-cv-00743-TEH<br><br>**ORDER DISMISSING CASE** |

This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Kandis A. Westmore on May 2, 2016. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period after service for filing objections).

The Court has reviewed the report and recommendation and the record in this case, and it adopts Judge Westmore's report and recommendation in its entirety. Plaintiff appears to have done nothing in this case since filing the complaint on February 19, 2014, and dismissal for failure to prosecute is therefore appropriate.

Accordingly, with good cause appearing, the Court adopts the May 2, 2016 report and recommendation and hereby DISMISSES this case without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 05/19/16

                                                      THELTON E. HENDERSON
United States District Judge